# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

134593

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 134593
                                        COA: 275745
                                        Wayne CC: 01-002343-01

PHILLIP LAVELL,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 11, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

t1217

_____
Clerk